```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KENNETH C. BEHRENDT,                                           :
                                                               :
                                                               :
                                       Plaintiff,              :
                                                               :       24-CV-00334 (VEC)
                       -against-                               :
                                                               :            ORDER
                                                               :
                                                               :
ATOS IT SOLUTIONS AND SERVICES, INC.,                          :
                                                               :
                                                               :
                                                               :
                                       Defendant.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 29, 2024, the parties appeared for a default judgment hearing (the "Hearing");

      IT IS HEREBY ORDERED that, for the reasons stated on the record at the hearing, Defendant's default is excused.

      IT IS FURTHER ORDERED that the case and all deadlines are STAYED until **Tuesday, April 30, 2024**. By not later than **Tuesday, April 30, 2024**, the parties must submit a joint letter providing a status update on settlement discussions.

**SO ORDERED.**

**Date: March 29, 2024**
     **New York, New York**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**