USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
KENNETH C. BEHRENDT,                            :
                                                :
                        Plaintiff,       :
                                                :
              -against-              :
                                                :   24-CV-334 (VEC)
ATOS IT SOLUTIONS AND SERVICES, INC.,           :
                                                :   ORDER
                       Defendant.       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 6, 2024, Defendant moved to dismiss the Complaint, Dkt. 39; and

      WHEREAS on May 24, 2024, Plaintiff filed an Amended Complaint, Dkt. 46;

      IT IS HEREBY ORDERED that Defendant's motion to dismiss is DENIED as moot. Per Federal Rule of Civil Procedure 15(a)(3), by not later than **Friday, June 7, 2024**, Defendant must answer or otherwise respond to the Amended Complaint.

      The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 39.

**SO ORDERED.**

Date: May 30, 2024
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**