```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
KENNETH C. BEHRENDT,                                         :
                                                             :
                                    Plaintiff,               :
                                                             :         24-CV-334 (VEC)
              -against-                                      :
                                                             :         ORDER
ATOS IT SOLUTIONS AND SERVICES, INC.,                        :
                                                             :
                                    Defendant.               :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on June 7, 2024, Defendant filed a motion to dismiss the Amended Complaint (the "Motion"), *see* Motion, Dkt. 48;

   WHEREAS pursuant to Local Civil Rule 6.1(b), opposing or response papers must be served within 14 days after service of the moving papers;

   WHEREAS Plaintiff's opposition to the Motion was due on June 21, 2024;

   WHEREAS Plaintiff has not requested an extension of the time to oppose the Motion; and

   WHEREAS to date, Plaintiff has not opposed the Motion;

   IT IS HEREBY ORDERED that, by not later than **Monday, July 8, 2024**, Plaintiff must either voluntarily dismiss the case or file his opposition accompanied by a letter motion requesting a *nunc pro tunc* extension of the opposition deadline. If Plaintiff does neither, the Court will deem the Motion to Dismiss as unopposed.

**SO ORDERED.**

Date:  July 2, 2024                                      _____
       New York, New York                                      **VALERIE CAPRONI**
                                                               **United States District Judge**